PER CURIAM.
Affirmed. Eady v. State, 604 So.2d 559 (Fla. 1st DCA 1992); Sellers v. State, 578 So.2d 339 (Fla. 1st DCA, 1991), approved, 586 So.2d 340 (Fla.1991); Guardado v. State, 562 So.2d 696 (Fla. 3d DCA 1990), rev. den. 576 So.2d 287 (Fla.1990); Huggins v. State, 537 So.2d 207 (Fla. 4th DCA 1989); Kelly v. State, 546 So.2d 441 (Fla. 2d DCA 1989); Cridland v. State, 522 So.2d 538 (Fla. 3d DCA 1988); Leopard v. State, 491 So.2d 1284 (Fla. 1st DCA 1986).